MARYLON M. BOYD SBN #139642
**LAW OFFICES OF MARYLON M. BOYD**
2201 Broadway Street, Suite 815
Oakland, California 94612
Telephone:    (510) 663-8772
Facsimile:     (510) 663-8781
lawofficeofmarylonboyd@yahoo.com

Attorney for Plaintiff
DEBORAH SANTANA-WATTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SANTANA-WATTS<br>    Plaintiff,<br>v.<br><br>MITSUI & CO. (U.S.A.); MITSUI & CO. LTD; AND<br>DOES 1 THROUGH 5<br>    Defendants | Case No.: C 12-02701 DMR<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE: SEPTEMBER 5, 2012<br>TIME: 1:30 P.M.<br>COURTROOM: 4, 3rd FLR |

Plaintiff DEBORAH SANTANA-WATTS hereby respectfully requests that the Case Management Conference in this matter currently set for September 5, 2012 be continued for 60 days.  This action involves personal injury on the cargo ship named the HYUNDAI HONGKONG 020E/W.   The named defendants has informed Plaintiff that they are not the legal owners of said ship.   Plaintiff is still in the process of locating the true Owner and locating the appropriate agent for service of process.   This matter is therefore not ready for a case management conference.

Dated:   August 30, 2012            LAW OFFICES OF MARYLON M. BOYD

                                    /S/ Marylon M. Boyd
                                    Marylon M. Boyd, Attorney for Plaintiff

**PROPOSED ORDER:**

    **GOOD CAUSE** appearing the case management conference currently scheduled in this matter is continued to November 7, 2012, at 1:30 p.m.  The parties shall file a joint case management statement by October 31, 2012.

Dated: August 31, 2012



_____
Hon. Magistrate Judge Donna M. Ryu

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

2