UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SANTANA-WATTS,<br><br>         Plaintiff(s),<br><br>    v.<br><br>MITSUI & CO. (U.S.A.) ET.AL.,<br><br>         Defendant(s).<br>_____/ | No. C 12-02701 DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Deborah Santana-Watts filed this action on May 25, 2012. [Docket No. 1.] On August 31, 2012, she moved the court to continue the case management conference because she was "still in the process of locating the true [Defendant] and locating the appropriate agent for service of process." [Docket No. 7.] The court granted the motion and continued the September 5, 2012 case management conference to November 7, 2012. [Docket No. 9.] Accordingly, Plaintiff's case management statement was due October 31, 2012. [Docket No. 9.]

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until September 22, 2012 to serve the defendant. Plaintiff has failed to do so. Plaintiff also did not file her case management statement. The court therefore ORDERS Plaintiff to SHOW CAUSE by November 5, 2012 as to why the court should not dismiss her case for failure to prosecute.

IT IS SO ORDERED.

Dated: November 1, 2012



_____
DONNA M. RYU
United States Magistrate Judge