UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SANTANA-WATTS, | No. C 12-02701 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MITSUI & CO. (U.S.A.) ET.AL., | |
| Defendant(s). | |

On November 1, 2012, the court ordered Plaintiff to show cause why the court should not dismiss her case for failure to prosecute because Plaintiff had failed to serve any defendants within the time limit established by Federal Rule of Civil Procedure 4(m) and because Plaintiff had failed to submit a case management statement by October 31, 2012, as required by court order. [Docket No. 10.] Plaintiff responded to the order to show cause on November 4, 2012. [Docket No. 11.]

After reviewing Plaintiff's responses, the court discharges the order to show cause. However, the court admonishes Plaintiff for failing to submit the case management statement due on October 31, 2012. Nothing contained within Plaintiff's response to the order to show cause justifies her failure to abide by the court's order.

The court continues the case management conference currently scheduled for November 7, 2012 to December 5, 2012. The case management statement is due by November 28, 2012.

IT IS SO ORDERED.

Dated: November 5, 2012




DONNA M. RYU
United States Magistrate Judge