UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SANTANA-WATTS,<br><br>      Plaintiff(s),<br><br>  v.<br><br>MITSUI & CO. (U.S.A.) ET.AL.,<br><br>      Defendant(s).<br>_____/ | No. C-12-02701 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for December 5, 2012 has been CONTINUED to **January 9, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **January 2, 2013.** Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: December 3, 2012

_____
DONNA M. RYU
United States Magistrate Judge