MARYLON M. BOYD SBN #139642
**LAW OFFICES OF MARYLON M. BOYD**
2201 Broadway Street, Suite 815
Oakland, California 94612
Telephone:	(510) 663-8772
Facsimile:	(510) 663-8781
lawofficeofmarylonboyd@yahoo.com

Attorney for Plaintiff
DEBORAH SANTANA-WATTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH SANTANA-WATTS**<br><br>       Plaintiff,<br><br>v.<br><br>**ADMIRAL LINE (UK) LIMITED;<br>ZODIAC MARITIME AGENCIES<br>LIMITED, AND<br>DOES 1 THROUGH 5**<br>       Defendants | Case No.: C 12-02701 DMR<br><br>**PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO REMOVE EXHIBIT 1 TO DECLARATION OF MARYLON BOYD FILED IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND TO SUBSTITUTE REDACTED EXHIBIT 1; and** ~~[Proposed]~~ **ORDER**<br>**Civ. L. Rule 7-11**<br><br>Date:   April 11, 2013<br>Time: 11:00 a.m.<br>Courtroom: 4, 3rd Flr. |

Plaintiff DEBORAH SANTANA-WATTS ("Ms. Santana-Watts") pursuant to Civil Local Rule 7-11 hereby moves for Administrative Relief to remove from the Court's file in this matter **Exhibit 1, Document number 34**, entitled "Bodily Injury Report", to the Declaration of Marylon M. Boyd in Opposition to Defendants' Motion for Summary Judgment filed on March 19, 2013. The document was inadvertently electronically filed before redacting Ms. Santana-Watts social

security number. Attached hereto is a redacted copy of **Exhibit 1** to replace Document number 34. Plaintiff requests an Order permitting the un-redacted Exhibit 1 be removed and or sealed in the Court's record. Plaintiff further requests the Court order all recipients of the un-redacted copy of Exhibit 1, to destroy it and replace it with the redacted copy and to not use Ms. Santana-Watts social security number for any purpose.

DATED: March 19, 2013      LAW OFFICES OF MARYLON M. BOYD

By: _____/S/  Marylon M. Boyd_____
      MARYLON L. BOYD
      Attorneys for Plaintiff

**~~PROPOSED~~ ORDER:**

**GOOD CAUSE** appearing Plaintiff Deborah Santana-Watts' Ex Parte Motion for Administrative Relief is GRANTED. The Court Orders that **Exhibit 1** to the Declaration of Marylon M. Boyd filed on March 19, 2013, Court Document number 34, entitled the "Bodily Injury Report" shall be removed and or sealed in the Court's records and replaced with a redacted copy of Exhibit 1.

It is further ordered that all recipients of the un-redacted copy of Exhibit 1 shall destroy it and not use Ms. Santana-Watts' social security number for any purpose.

Dated:_March 25, 2013_____      _____

Hon. Magistrate Judge Donna M. Ryu

Santana-Watts v. Admiral Line (UK) Limited et al, Case No. #: C12-02701 DMR
Ex Parte Motion For Admin. Relief To Remove Exb. 1.

2