**United States District Court**
For the Northern District of California

1
2
3
4
5
6                           UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9   DEBORAH SANTANA-WATTS,                    No. C-12-02701 DMR

10              Plaintiff(s),                 **ORDER SETTING FURTHER CASE
                                             MANAGEMENT CONFERENCE**
11        v.

12  ADMIRAL LINE (UK) LIMITED ET.AL.,

13              Defendant(s).
    _____/
14

15        TO ALL PARTIES AND COUNSEL OF RECORD:

16        A Further Case Management Conference is set for **July 31, 2013 at 1:30 p.m.**, Courtroom 4,

17  3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  An updated Joint Case

18  Management Conference Statement is due no later than **July 24, 2013.**

19

20        IT IS SO ORDERED.

21

22  Dated:  April 11, 2013

23                                           _____
                                             DONNA M. RYU
24                                           United States Magistrate Judge

25

26

27

28