UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH SANTANA-WATTS,

    Plaintiff,

    v.

ADMIRAL LINE (UK) LIMITED ET AL.,

    Defendants.

_____/

No. C-12-02701 DMR

**ORDER RE JULY 31, 2013 CMC**

Counsel must be fully prepared to set firm deposition dates at the July 31, 2013 case management conference.

IT IS SO ORDERED.

Dated: July 26, 2013

DONNA M. RYU
United States Magistrate Judge