UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SANTANA-WATTS, | No. C-12-02701 DMR |
| Plaintiff, | **ORDER RE JULY 31, 2013 CMC** |
| v. | |
| ADMIRAL LINE (UK) LIMITED ET AL., | |
| Defendants. | |

Counsel must be fully prepared to set firm deposition dates at the July 31, 2013 case management conference.

IT IS SO ORDERED.

Dated: July 26, 2013

DONNA M. RYU
United States Magistrate Judge