UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DEBORAH SANTANA-WATTS,<br>    Plaintiff,<br><br>  v.<br><br>ADMIRAL LINE (UK) LIMITED, et al.,<br>    Defendants.<br>_____/ | No. C 12-2701 DMR<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     September 16, 2013<br>Mediator:  Jonathan Schmidt |

    IT IS HEREBY ORDERED that given the request to excuse defendants Admiral Line Limited's and Zodiac Maritime Agencies Limited's corporate and insurer representatives from appearing in person at the September 16, 2013 mediation before Jonathan Schmidt is GRANTED provided that the excused parties appear telephonically for the duration of the session in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

September 10, 2013    By: _____
Dated                                             Maria-Elena James
                                                     United States Magistrate Judge