UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

DEBORAH SANTANA-WATTS,
    Plaintiff,

v.

ADMIRAL LINE (UK) LIMITED, et al.,
    Defendants.

No. C 12-2701 DMR

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    September 16, 2013
Mediator:    Jonathan Schmidt

    IT IS HEREBY ORDERED that given the request to excuse defendants Admiral Line Limited's and Zodiac Maritime Agencies Limited's corporate and insurer representatives from appearing in person at the September 16, 2013 mediation before Jonathan Schmidt is GRANTED provided that the excused parties appear telephonically for the duration of the session in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

September 10, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge