Marylon M. Boyd (Bar No. 139642)
LAW OFFICES OF MARYLON M. BOYD
385 Grand Avenue, Suite 201
Oakland, California 94610
Telephone: (510) 653-8772
Facsimile: (510) 663-8781
lawofficeofmarylonboyd@yahoo.com

Attorney for Plaintiff
DEBORAH SANTANA-WATTS

James B. Nebel (Bar No. 69626)
Jeanine Steele Tede (Bar No. 177731)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, California 94104
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
jamesn@fdw-law.com

Attorneys for Defendants
ADMIRAL LINE LIMTED and
ZODIAC MARITIME AGENCIES LIMITED

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SANTANA-WATTS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADMIRAL LINE (UK) LIMITED; ZODIAC )<br>MARITIME AGENCIES LIMITED AND )<br>DOES 1 THROUGH 20 )<br>)<br>)<br>Defendants. )<br>_____ ) | Case No.: C 12-02701 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DEADLINES FOR DISCOVERY AND DISCLOSURES OF EXPERT WITNESSES**<br><br>Complaint Filed: May 25, 2012<br>Trial Date: February 8, 2014 |

The parties, plaintiff, Deborah Santana-Watts, and defendants, Admiral Line Limited and Zodiac Maritime Agencies Limited, by and through their counsel of record, submit this stipulation and proposed order to further extend the discovery deadline and the date to disclose expert witnesses and reports. The stipulation and request for an order are based upon the following:

---
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCOVERY AND
DISCLOSURES OF EXPERT WITNESSES
Case No. C 12-02701 DMR

1

1. Currently, the parties stipulated to extend non-expert discovery and for the disclosure of expert witnesses and reports to October 31, 2013.

2. The parties recently participated in further mediation conference with Jonathan D. Schmidt, who at the time of his appointment as the Northern District ADR panel mediator in this case was an Assistant U.S. Attorney for the Northern District of California. The parties made substantial progress at the conference including Defendants agreeing to provide certain discovery that would save the parties certain expenses. The parties agree that Plaintiff's expert would like to have an opportunity to review the additional information before providing an expert report. Mr. Schmidt has scheduled a follow-up conference call to continue negotiations for November 13, 2013.

3. Prior to the deadline for non-expert discovery, the defendants noticed the depositions of two potential longshore witnesses and the plaintiff requested an inspection of the vessel on which plaintiff's accident occurred. The parties agreed to postpone the depositions until a time following the mediation session and for a time that the schedule of plaintiff's counsel could accommodate. As to the vessel inspection, counsel for the defendants agreed to provide photographs of the vessel with loaded cargo configured similar to the way the vessel was loaded at the time of the accident. As of today, the Ship's representatives have not been able to take such photographs. In addition the depositions of the two witnesses are scheduled to occur on October 31, 2013, and their deposition transcripts will not be prepared for at minimum another two weeks.

4. Although the defendants are in a position to disclose experts and produce reports by the current deadline, the plaintiff will not be in that position until the additional information is provided.

5. Under the circumstances, the parties request that the non-expert discovery deadline and the date for expert disclosures and reports be extended until November 29, 2013.

6. Neither party intends to file a dispositive motion. Thus, the only other currently scheduled deadlines that would be affected by this request are those relating to the disclosure of rebuttal expert witnesses and the depositions of expert witnesses. The parties request that the deadline for non-expert and expert disclosure be extended to November 29, 2013.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCOVERY AND DISCLOSURES OF EXPERT WITNESSES
Case No. C 12-02701 DMR

1  7. These extensions will give the parties the further opportunity to fully explore
2  settlement opportunities prior to their beginning of their preparation for trial.
3  THE PARTIES SO STIPULATE.

5  Dated: October 30, 2013    LAW OFFICES OF MARYLON M. BOYD

7  /s/ Marylon M. Boyd
   By_____
8  Marylon M. Boyd
   Attorney for Plaintiff
9  DEVBORAH SANTANA-WATTS

10 Dated: October 30, 2013    FLYNN, DELICH & WISE LLP

12 /s/ James B. Nebel
   By_____
13 James B. Nebel
   Attorneys for Defendants
14 ADMIRAL LINE LIMTED and
   ZODIAC MARITIME AGENCIES LIMITED

**ORDER**

Pursuant to the foregoing stipulation, the Court GRANTS the parties' request and extends the non-expert and expert ~~discovery~~ disclosure deadline in this matter through November 29, 2013.

IT IS SO ORDERED.

Dated: ~~October~~ November 5, 2013    _____
UNITED STATES MAGISTRATE JUDGE

The expert discovery deadline is December 15, 2013.

---

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR DISCOVERY AND DISCLOSURES OF EXPERT WITNESSES
Case No. C 12-02701 DMR

3

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566