1   Marylon M. Boyd (Bar No. 139642)
    LAW OFFICES OF MARYLON M. BOYD
2   385 Grand Avenue, Suite 201
    Oakland, California 94610
3   Telephone: (510) 653-8772
    Facsimile: (510) 663-8781
4   lawofficeofmarylonboyd@yahoo.com

5   Attorney for Plaintiff
    DEBORAH SANTANA-WATTS
6
7   James B. Nebel (Bar No. 69626)
    Jeanine Steele Tede (Bar No. 177731)
8   FLYNN, DELICH & WISE LLP
    343 Sansome Street, Suite 540
    San Francisco, California 94104
9   Telephone: (415) 693-5566
    Facsimile: (415) 693-0410
10  jamesn@fdw-law.com

11  Attorneys for Defendants
    ADMIRAL LINE LIMTED and
12  ZODIAC MARITIME AGENCIES LIMITED

13

14              IN THE UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17  DEBORAH SANTANA-WATTS          )  Case No.:  C 12-02701 DMR
                                   )
18           Plaintiff,            )  STIPULATION AND [PROPOSED]
                                   )  ORDER TO FURTHER EXTEND
19      vs.                        )  DEADLINES FOR DISCOVERY AND
                                   )  DISCLOSURES OF EXPERT WITNESSES
20  ADMIRAL LINE (UK) LIMITED; ZODIAC )
    MARITIME AGENCIES LIMITED AND  )  Complaint Filed:  May 25, 2012
21  DOES 1 THROUGH 20              )  Trial Date:  February 8, 2014
                                   )
22           Defendants.           )
                                   )
23  _____ )

24

25       The parties, plaintiff, Deborah Santana-Watts, and defendants, Admiral Line Limited and

26  Zodiac Maritime Agencies Limited, by and through their counsel of record, submit this stipulation

27  and proposed order to further extend the discovery deadline and the date to disclose expert

28  witnesses and reports.  The stipulation and request for an order are based upon the following:

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCOVERY AND
DISCLOSURES OF EXPERT WITNESSES
Case No. C 12-02701 DMR

1

*FLYNN, DELICH & WISE LLP*
*ATTORNEYS AT LAW*
*343 SANSOME STREET, SUITE 540*
*SAN FRANCISCO, CALIFORNIA 94104*
*(415) 693-5566*

1      1.      Currently, the parties stipulated to extend non-expert discovery and for the

2  disclosure of expert witnesses and reports to October 31,  2013.

3      2.      The parties recently participated in further mediation conference  with Jonathan D.

4  Schmidt, who at the time of his appointment as the Northern District ADR panel mediator in this

5  case was an Assistant U.S. Attorney for the Northern District of California.  The parties made

6  substantial progress at the conference including Defendants agreeing to provide certain discovery

7  that would save the parties certain expenses.  The parties agree that Plaintiff's expert would like to

8  have an opportunity to review the additional information before providing an expert report.  Mr.

9  Schmidt has scheduled a follow-up conference call to continue negotiations for November 13,

10  2013.

11      3.      Prior to the deadline for non-expert discovery, the defendants noticed the

12  depositions of two potential longshore witnesses and the plaintiff requested an inspection of the

13  vessel on which plaintiff's accident occurred.  The parties agreed to postpone the depositions until

14  a time following the mediation session and for a time that the schedule of plaintiff's counsel could

15  accommodate.  As to the vessel inspection, counsel for the defendants agreed to provide

16  photographs of the vessel with loaded cargo configured similar to the way the vessel was loaded at

17  the time of the accident.  As of today, the Ship's representatives have not been able to take such

18  photographs.  In addition the depositions of the two witnesses are scheduled to occur on October

19  31, 2013, and their deposition transcripts will not be prepared for at minimum another two weeks.

20      4.      Although the defendants are in a position to disclose experts and produce reports

21  by the current deadline, the plaintiff will not be in that position until the additional information is

22  provided.

23      5.      Under the circumstances, the parties request that the non-expert discovery deadline

24  and the date for expert disclosures and reports be extended until November 29, 2013.

25      6.      Neither party intends to file a dispositive motion.  Thus, the only other currently

26  scheduled deadlines that would be affected by this request are those relating to the disclosure of

27  rebuttal expert witnesses and the depositions of expert witnesses.  The parties request that the

28  deadline for non-expert and expert disclosure be extended to November 29, 2013.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCOVERY AND
DISCLOSURES OF EXPERT WITNESSES
Case No. C 12-02701 DMR

2

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA  94104
(415) 693-5566

1    7.    These extensions will give the parties the further opportunity to fully explore

2    settlement opportunities prior to their beginning of their preparation for trial.

3    THE PARTIES SO STIPULATE.

4

5    Dated: October 30, 2013              LAW OFFICES OF MARYLON M. BOYD

6

7                                                /s/ Marylon M. Boyd
                                         By_____

8                                             Marylon M. Boyd
                                         Attorney for Plaintiff

9                                        DEVBORAH SANTANA-WATTS

10

11   Dated: October 30, 2013              FLYNN, DELICH & WISE LLP

12                                              /s/ James B. Nebel
                                         By_____

13                                            James B. Nebel
                                         Attorneys for Defendants

14                                       ADMIRAL LINE LIMTED and

15                                       ZODIAC MARITIME AGENCIES LIMITED

16                              **ORDER**

17       Pursuant to the foregoing stipulation, the Court GRANTS the parties' request and extends

18   the non-expert and expert ~~discovery~~ disclosure deadline in this matter through November 29, 2013.

19       IT IS SO ORDERED.
         November 5,
20   Dated: ~~October~~—, 2013              _____

21   The expert discovery deadline          UNITED STATES MAGISTRATE JUDGE

22   is December 15, 2013.

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR DISCOVERY AND
DISCLOSURES OF EXPERT WITNESSES
Case No. C 12-02701 DMR

3

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566