UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SANTANA-WATTS,<br><br>    Plaintiff(s),<br><br>v.<br><br>ADMIRAL LINE (UK) LIMITED ET AL,<br><br>    Defendant(s).<br>_____/ | No. C-12-02701 DMR<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

The court has reviewed the parties' Updated Joint Case Management Conference Statement filed on November 13, 2013 [Docket No. 64]. The Further Case Management Conference previously scheduled for November 20, 2013 at 1:30 p.m. shall be CONTINUED to **December 18, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Updated Joint Case Management Conference Statement is due no later than December 11, 2013.

IT IS SO ORDERED.

Dated: November 14, 2013

DONNA M. RYU
United States Magistrate Judge

Case4:12-cv-02701-DMR Document65 Filed11/14/13 Page2 of 2