**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH SANTANA-WATTS,

        Plaintiff(s),

    v.

ADMIRAL LINE (UK) LIMITED ET AL,

        Defendant(s).

_____/

No. C-12-02701 DMR

**ORDER CONTINUING FURTHER
CASE MANAGEMENT CONFERENCE**

    The court has reviewed the parties' Updated Joint Case Management Conference Statement filed on November 13, 2013 [Docket No. 64].   The Further Case Management Conference previously scheduled for November 20, 2013 at 1:30 p.m. shall be  CONTINUED to **December 18, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Updated Joint Case Management Conference Statement is due no later than December 11, 2013.

    IT IS SO ORDERED.

Dated:  November 14, 2013

_____
DONNA M. RYU
United States Magistrate Judge